[No. 4750–4–III.  Division Three.  May 31, 1983.]

PAUL HUBERT RICHARDS, *Respondent*, v. GROVER
MARKS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 80–2–02048–4, Richard J. Ennis, J. Pro Tem., entered August 19, 1981. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Green and McInturff, JJ.


[No. 4781–4–III.  Division Three.  May 31, 1983.]

JOHN BATES, *Respondent*, v. MICHAEL WHITE,
*Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 80–2–00276–4, Albert J. Yencopal, J., entered August 28, 1981. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, A.C.J., and Green, J.


[No. 5658–1–II.  Division Two.  June 2, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
D. VENNES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 80–1–00497–1, Terence Hanley, J., entered June 15, 1981. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.